# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**MELINDA A. DANGERFIELD,**

        **Plaintiff,**

v.                                                  **Civil Action No.: 3:22-cv-00088**
                                                        **Judge: Robert C. Chambers**

**ICP MEDICAL, LLC,**
a Delaware Limited Liability Company, and
**CONCORDANCE HEALTHCARE SOLUTIONS**
**LLC,** a Delaware Limited Liability Company

        **Defendants.**

## THE PARTIES' JOINT STIPULATION TO FILE AN AMENDED COMPLAINT AND NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CONCORDANCE HEALTHCARE SOLUTIONS LLC

      COMES NOW Plaintiff Melinda Dangerfield, by counsel, and Defendants ICP Medical, LLC and Concordance Healthcare Solutions LLC, by counsel, pursuant to Rule 15(a)(2) and Rule 41(a)(1) of the Federal Rules of Civil Procedure and stipulate that Defendants consent to Plaintiff's filing of an Amended Complaint to add Aspen Surgical Products, Inc. as a Defendant, and that Defendant Concordance Healthcare Solutions LLC be **DISMISSED WITHOUT PREJUDICE**.

      A copy of Plaintiff's Amended Complaint is attached as *Exhibit A*.

                                                                  **Melinda Dangerfield,**
                                                                  **By Counsel,**

/s/ *Taylor M. Norman*
L. Lee Javins, II (WVSB No. 6613)
David A. Bosak (WVSB No. 11947)
Taylor M. Norman (WVSB No. 13026)
BAILEY JAVINS & CARTER LC
213 Hale Street
Charleston, West Virginia 25301
Telephone: (304) 345-0346
Facsimile: (304) 345-0375
ljavins@bjc4u.com
dbosak@bjc4u.com
tnorman@bjc4u.com

*Counsel for Plaintiff*

/s/ *Timothy L. Mayo*
Timothy L. Mayo (WV Bar # 5771)
Mark J. McGhee (WV Bar # 9016)
Flaherty Sensabaugh Bonasso PLLC
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338-3843
(304) 345-0200 – telephone
(304) 345-0260 – facsimile
tmayo@flahertylegal.com
mmcghee@flahertylegal.com

and

Johnnie E. Brown (WV Bar # 4620)
Pullin Fowler, Flanagan, Brown & Poe, PLLC
JamesMark Building
901 Quarrier Street
Charleston, WV 25301

*Counsel for Defandants*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**MELINDA A. DANGERFIELD,**

    **Plaintiff,**

v.                                                     Civil Action No.: 3:22-cv-00088
                                                               Judge: Robert C. Chambers

**ICP MEDICAL, LLC,**
a Delaware Limited Liability Company, and
**CONCORDANCE HEALTHCARE SOLUTIONS**
**LLC, a Delaware Limited Liability Company**

    **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2022, I served a true and exact copy of THE PARTIES' JOINT STIPULATION TO FILE AN AMENDED COMPLAINT AND NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CONCORDANCE HEALTHCARE SOLUTIONS LLC upon counsel of record via the Court's ECF system and mailed and emailed a copy to counsel of record.

                                                                  _Taylor M. Norman_
                                                          Taylor M. Norman - WV State Bar No. 13026